UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAMILTON INTERNATIONAL LTD.

Plaintiff,

-v-

VORTIC LLC d/b/a Vortic Watch Co.
VORTIC TECHNOLOGY LLC
and
ROBERT THOMAS CUSTER

Defendant.

Case No. 17-cv-5575

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for VORTIC LLC d/b/a/ Vortic Watch Co., VORTIC TECHNOLOGY LLC, and ROBERT THOMAS CUSTER (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: 09/11/2017

Signature of Attorney

Attorney Bar Code: bn1115