UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hamilton International Ltd.,

                Plaintiff,

–v–

Vortic LLC *et al.*,

                Defendants.

17-cv-5575 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 2 8 2020

ALISON J. NATHAN, District Judge:

In advance of trial, the parties are hereby ordered to have one hour of good-faith settlement negotiations. It is further ordered that on or before January 30, 2020, the parties should jointly notify the Court of whether they seek referral to the Southern District of New York's mediation program, which the Court would expedite.

SO ORDERED.

Dated: January 28, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge