UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hamilton International Ltd.,

    Plaintiff,

—v—

Vortic LLC *et al.*,

    Defendants.

FEB 0 4 2020

17-cv-5575 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

  Defendants' motion to strike the direct testimony affidavit of Ms. Raveloson is denied without prejudice. Defendants' argument that the affidavit contains hearsay is already addressed by one of their motions *in limine*. Dkt. No. 138. Their objection that the affidavit contains legal conclusions will be addressed at trial.

  This resolves Dkt. No. 157.

  SO ORDERED.

Dated: February 4, 2020
   New York, New York

          _____
          ALISON J. NATHAN
          United States District Judge