UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Hamilton International Ltd.,

        Plaintiff,

—v—

Vortic LLC *et al.*,

        Defendants.

FEB 1 4 2020

17-cv-5575 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

For the reasons stated at the final pre-trial conference, Defendants' motion *in limine* to limit Plaintiff's damages claim to alleged actual damages is denied; Defendants' motion *in limine* to exclude Plaintiff's proposed trial exhibit 33 is denied as moot; Defendants' motion *in limine* to exclude Plaintiff's proposed trial exhibit 22 and related testimony is denied; and Defendants' motion *in limine* to exclude Plaintiff's proposed trial exhibits 23, 24, 26, 27, and 28 is denied as moot with respect to exhibit 24 and granted with respect to exhibits 23, 26, 27, and 28. However, Plaintiff will be given an additional opportunity to elicit the requisite foundational testimony for the excluded proposed exhibits at trial. Finally, Plaintiff's motion *in limine* to exclude Defendants' proposed trial exhibits B, C, and D is denied.

This resolves Dkt. Nos. 136, 137, 138, 139, and 143.

SO ORDERED.

Dated: February 14, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge