**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Hamilton International Ltd.,

                Plaintiff,

  -against-                              17 **CIVIL** 5575 (AJN)(OTW)

## **JUDGMENT**

Vortic, LLC, et al.,

                Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Findings of Fact & Conclusions of Law dated September 11, 2020, the Court finds in favor of Defendants on all claims.; accordingly, this case is closed.

**Dated:**  New York, New York

      September 11, 2020

                                                               **RUBY J. KRAJICK**

                                                                 **Clerk of Court**
                                     **BY:**     *K. Mango*
                                                                   **Deputy Clerk**