# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Hamilton International Ltd.

(List the full name(s) of the plaintiff(s)/petitioner(s).)

17 CV 5575 (AJN)(OTW)

-against-

**NOTICE OF APPEAL**

Vortic LLC, d/b/a Vortic Watch Co., ~~Vortic Technology LLC, and~~ Robert Thomas Custer

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Hamilton International Ltd.

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☑ judgment ☐ order entered on: September 11, 2020

(date that judgment or order was entered on docket)

that: the Defendants are entitled to judgment on all claims.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

October 1, 2020

Dated

Signature*

Michael Aschen

Name (Last, First, MI)

Abelman Frayne & Schwab, 666 Third Ave., NY, NY 10017

Address | City | State | Zip Code

212-885-9207

Telephone Number

maschen@lawabel.com

E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case.  Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13